S. Peter Serrano
United States Attorney
Eastern District of Washington
Annika Tangvald
Special Assistant United States Attorney
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SKYE ANNJANETTE LOGUE,<br><br>                    Defendant. | INDICTMENT  2:25-cr-00150-TOR<br><br>Vio.:  18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(l), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about August 26, 2025, in the Eastern District of Washington, the Defendant, SKYE ANNJANETTE LOGUE, knowing of her status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Smith & Wesson .380 caliber pistol bearing serial number KBD2484 and a Masterpiece Arms Defender 9mm pistol bearing serial number FX13192, which firearms had theretofore

INDICTMENT – 1

been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, Defendant, SKYE ANNJANETTE LOGUE, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

-a Smith & Wesson .380 caliber pistol bearing serial number KBD2484 and

-a Masterpiece Arms Defender 9mm pistol bearing serial number FX13192

DATED: this 9 day of October, 2025.

A TRUE BILL

S. Peter Serrano
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 2